*MPD:lab 21-123*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SOUTH SHORE VILLAGE CONDOMINIUM ASSOCIATION, ENVINE, LLC, and STUART HERSHMAN, ANN-MARIE HERSHMAN, BILL NELLE, LAURI NELLE, ANDY SCOPPETTI, ELAINE SCOPPETTI, TOM ELDER, NORA ELDER, DAVID LUBANKO, MARGERY LUBANKO, THOMAS TAMAYO, THERESA TAMAYO, PAT GILLESPIE, MARYANN GILLESPIE, JIM KIERNAN, CAROL KIERNAN, KATHY MIS, JIM, KITTELSON, JACKIE KITTELSON, GARY SMITH, JUDY SMITH, JEANNE RODRIGUES, KEVIN BEASLEY, MARY BEASLEY, FRANK KOWAL and CHERYL KOWAL, individually and on behalf of a class of persons similarly situated | : |
| VS. | : C.A. NO.: 1:23-cv-00118 |
| RITZ-CRAFT CORPORATION OF PENNSYLVANIA, INC. | : |

## DISMISSAL STIPULATION

*In the above-entitled matter, it is agreed that the following entry be made:*

All claims of all parties are hereby dismissed with prejudice, no interest, no costs.

*Counsel for Plaintiff:*

/s/ John A. Donovan
John A. Donovan, III, Esq. (#5707)
Sloane and Walsh, LLP
652 George Washington Highway
Suite 302
Lincoln, RI 02865
Phone: (401) 495-6796
jdonovan@sloanewalsh.com

*Counsel for Defendant:*

/s/ Mark P. Dolan
Mark P. Dolan, Esquire (#3280)
RICE DOLAN & KERSHAW
72 Pine Street, Suite 300
Providence, RI 02903
Phone: (401) 272-8800
mdolan@ricedolan.com

Dated: April 3, 2025